UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------

UNITED STATES           :
                        :   ORDER OF SUSTENANCE
    -vs-                :
                        :   CR-04-651
ARTHUR COFFEY, ET AL.   :

----------------------------------

ORDERED that the Marshal supply proper

( )   LODGING

(XX)  SUSTENANCE

( )   TRANSPORTATION

to the (12) jurors empaneled in the above entitled case, and to the (1) Deputy Clerk in attendance thereon.

DATED: Brooklyn, New York

_____November 3, 2005_____

( )   DURING TRIAL

(XX)  DELIBERATING

( )   SEQUESTERED

( )   BREAKFAST

(XX)  LUNCH

_____
U. S. D. J.

A TRUE COPY ATTEST
ROBERT C. HEINEMANN
CLERK

BY: _____
DEPUTY CLERK