

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PW
F.#2004R01550

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

December 7, 2005

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Albert Cernadas
Criminal Docket No. 04-651 (S-2) (ILG)

Dear Judge Glasser:

This confirms my conversation with Your Honor's Chambers that the sentencing in the above matter has been rescheduled for February 22, 2006, at 10:00 a.m.

Thank you.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: Paul Weinstein
Assistant U.S. Attorney
(718) 254-6237

cc: Clerk of the Court (ILG) (by ECF and hand delivery)

Jack Arseneault, Esq.
Steven G. Sanders, Esq.
Arseneault Fassett & Mariano, LLP
560 Main Street
Chatham, New Jersey 07928

Granted
& ordered
s/ILG
12/8/05